# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-4894-HDV (KSx) |
| Title: | Igor Sakhar v. City of Los Angeles, et al. |
| Date | November 19, 2024 |

Present: The Honorable **Hernán D. Vera, United States District Court Judge**

| Wendy K. Hernandez | Miranda Algorri / Marea Woolrich |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert Brown | Emily Cohen / Rebecca Hunter |

**___ Day Court Trial    1 Day Jury Trial**

___ One day trial:  X Begun (1st day);  X Held & Continued;  ___ Completed by jury verdict/submitted to court.

- X The Jury is impaneled and sworn.
- X Opening statements made by Plaintiff and defense counsel.
- X Witnesses called, sworn and testified.  X Exhibits identified.  X Exhibits admitted.
- ___ Plaintiff(s) rest.  ___ Defendant(s) rest.
- ___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).  ___ Court instructs jury.
- ___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
- ___ Jury polled.  ___ Polling waived.
- ___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
- ___ Judgment by Court for _____ ___ plaintiff(s) ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
- ___ Case submitted.  ___ Briefs to be filed by _____
- ___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- X Case continued to 11/20/24 at 8:30am for further trial/further jury deliberation.
- X Other: Proposed jury instructions discussed.

7 : 30

Initials of Deputy Clerk   wh