JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR SAKHAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a public entity, ROBERTO SANCHEZ, SINLEN TSE, IAN CLARK, CESAR LARIOS, and DOES 5 through 10, Inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-04894-HDV-KS<br><br>**JUDGMENT** |

1

On November 19, 2024, this matter was called for trial.

A jury of eight persons was impaneled and sworn. [Dkt. No. 100]. Evidence, including the sworn testimony of all Defendants, was presented on November 19, 2024, November 20, 2024, and November 21, 2024. [Dkt. Nos. 100, 102, 103].

On November 22, 2024, the jury after deliberation returned its verdict, unanimously finding as follows:

1. Defendants Roberto Sanchez and Sinlen Tse's arrest of Plaintiff Igor Sakhar was not without probable cause.
2. Defendants Roberto Sanchez, Sinlen Tse, and Ian Clark did not use unreasonable force against Plaintiff Igor Sakhar.

See Special Verdict Form [Dkt. Nos. 113, 114].

Now, therefore, it is ordered, adjudged and decreed that Plaintiff Igor Sakhar recover nothing by reason of each and all of his claims as set forth in the First Amended Complaint against Defendants Roberto Sanchez, Sinlen Tse, Ian Clark, and Cesar Larios. Defendants shall recover their costs in accordance with Fed. R. Civ. P. 54.

Judgment is hereby entered in favor of all Defendants on all claims.

**IT IS SO ORDERED.**

Dated: December 11, 2024

_____
Hernán D. Vera
United States District Judge